UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FRANCIS ANTHONY JOSEPH LOMBARDO,** : | |
| : | **CIVIL ACTION NO. 3:11-1895** |
| **Plaintiff** : | **(JUDGE MANNION)** |
| : | |
| **v.** : | |
| : | |
| **JUSTIN TOKAR and MAIVAUN HOUSSIEN**[1]**,** : | |
| **Defendants** : | |

# O R D E R

In light of the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** the defendants' objections to the report and recommendation of Judge Schwab, **(Doc. No. 110)**, are **OVERRULED**;

**(2)** the plaintiff's objections to the report and recommendation of Judge Schwab, **(Doc. No. 111)**, are **OVERRULED**;

**(3)** the report and recommendation of Judge Schwab**, (Doc. No. 109)**, is **ADOPTED IN ITS ENTIRETY**;

**(4)** the defendants' motion for summary judgment on the plaintiff's Fourth Amendment seizure claim, **(Doc. No. 75)**,

---

[1]In addition to the listed defendants, the plaintiff had named Frank Coslett in his amended complaint. However, on May 31, 2013, the plaintiff filed a motion to withdraw his complaint with respect to Mr. Coslett, (Doc. No. 52), which was granted by order dated June 6, 2013, (Doc. No. 54).

      is **GRANTED**; and

**(5)**    the instant action is remanded to Judge Schwab for further proceedings with respect to the plaintiff's Fourth Amendment search claim.

*s/Malachy E. Mannion*
MALACHY E. MANNION
United States District Judge

Date:  January 29, 2014

<sub>O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2011 MEMORANDA\11-1895-01.ORDER.wpd</sub>